**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LAMSON & SESSIONS CO., ET AL.,** | ) | **CASE NO.4:08CV1226** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **WILLIAM D. MUNDINGER TRUST** | ) | **ORDER** |
| **U/A 10/13/99 as Shareholder of YSD** | ) | |
| **Industries , Inc., and as Transferee, et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On March 6, 2009, the Court ordered the parties to provide cross briefs no later than March 13, 2009, on whether Jones Day may continue to represent Lamson & Sessions Co. in light of the allegations in Packer Thomas' Motion for Summary Judgment that Jones Day provided legal advice to YSDI on the distribution of stock proceeds. Having received and reviewed the briefs, the Court Orders Defendants Mundinger and Peters to provide, in affidavit form, what specific information they, or any agent of YSDI, provided Jones Day in aid of Jones Day's representation of YSDI that concerns the same or substantially related subject matter of the claims before this Court. The affidavits shall be filed with the Court no later than April 20, 2009. Upon review, the Court will determine whether it will hold a hearing on the matter.

IT IS SO ORDERED.

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

April 13, 2009